UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────── x
BARBARA RYAN, an individual; on behalf of
herself and all others similarly situated,

                Plaintiffs,

       vs.

ARS NATIONAL SERVICES, INC., a
California Corporation; and JOHN AND JANE
DOES NUMBERS 1 THROUGH 25,

                Defendants.
───────────────────────────────── x

CASE NO. 1:11-cv-04995-RPP

**DECLARATION OF BARBARA RYAN IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, Barbara Ryan, being duly sworn and deposed declare as follows:

    1.    I am the named Plaintiff in the above-entitled matter. I am over 18 years of age and I have personal firsthand knowledge of the facts contained herein. If called upon to do so, I could and would competently and truthfully testify to the same under oath.

    2.    Defendant, ARS NATIONAL SERVICES, INC. ("ARS NATIONAL"), through its employees and agents, left numerous telephonic voice messages for me on my home answering machine. Each of these messages failed to:

        (a)    Provide meaningful disclosure of ARS NATIONAL's identity;

        (b)    Disclose the purpose or nature of the communication (i.e. an attempt to collect a debt); and

        (c)    Disclose that the call was from a debt collector

    3.    I understand that this lawsuit alleges that ARS NATIONAL violated a federal law known as the Fair Debt Collection Practices Act ("FDCPA") by leaving telephonic voice messages for me and for many other consumers and that those messages failed to: (i) identify

ARS NATIONAL by its true company name as the caller; (ii) state that the call was from a debt collector; and (iii) disclose the nature or purpose of the call (i.e., an attempt to collect a debt).

5. I understand that the class of persons on whose behalf the lawsuit was filed extends back one year prior to the filing of this action.

6. I understand that a class action is a lawsuit brought by at least one person, myself, on behalf of a group of people who have been treated in the same illegal manner by the Defendant.

7. I am now, and have been, willing and able to serve as a representative of the class.

8. I understand:

   (a) That as a class representative I have the responsibility to see that my lawyers prosecute the case on behalf of the entire class, not just myself;

   (b) That I may have to testify at a deposition and/or trial and provide documents and information for use in the case;

   (c) That the case cannot be dropped or settled without protecting the class members. This normally means that the other members of the class have to get a fair monetary settlement of their claims; and

   (d) That the Court has to approve any settlement or disposition on behalf of the class.

9. I have arranged for my attorneys to advance all costs related to this action, including the cost of class notification, while I remain responsible for these costs.

10. I understand that courts have sometimes awarded people money for serving as the class representative, but that I am not entitled to such money as a matter of right; I have not been promised or guaranteed money for being the class representative.

11.  I am not employed by or related to any of my attorneys, Abraham Kleinman, William F. Horn, or Christopher C. Saldana, or their respective law firms. My attorneys will be paid as directed by the Court, if the case is successful, out of Defendant's assets or the funds recovered for the class.

*In accordance with 28 U.S.C. §1746, I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 25th day of June 2012, at Peekskill, New York.*

*[signature: Barbara Ryan]*
BARBARA RYAN