UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ryan
_____ Plaintiff(s)

- against -

ARS National Services
_____ Defendant(s)

11 CV 4995 (RPP)
SCHEDULING ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/12

PATTERSON, D.J.

1. This action is referred to Magistrate Judge_____ for_____ after a case management conference.

2. This action is referred for mediation: _____ Yes _____ No.

3. Amend the pleadings by_____.

4. Medical Authorizations by_____.

5. Rule (26) compliance by_____.

6. Plaintiff experts' reports to be served by_____.

7. Defendant experts' reports to be served by_____.

8. Experts' depositions to be completed by_____.

9. All discovery to be completed by_____.

10. All fact discovery to be completed by_____.

11. Dispositive motions by_____, Answer by_____, Reply by_____.

12. If no dispositive motion, pretrial order to be filed by_____.

13. Trial date is scheduled for _____ at 9:30am.

14. Settlement conference with parties & counsel to be held on _____ at _____.

15. Pretrial conference is scheduled for 9/17/12 at 2PM.

16. Defendant's time to respond regarding class certification is extended to 9/17/12.

Dated: New York, New York
8/17/12

SO ORDERED.

_____
ROBERT P. PATTERSON, JR.
U.S.D.J.