```
USDC SDNY                        Patterson / S
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/12
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------x

BARBARA RYAN, an individual; on behalf of
herself and all others similarly situated,

                              Plaintiffs,

            vs.

ARS NATIONAL SERVICES, INC., a
California Corporation; and JOHN AND JANE
DOES NUMBERS 1 THROUGH 25,

                          Defendants.

-----------------------------------------x

CASE NO.: 1:11-cv-04995-RPP

**STIPULATION OF VOLUNTARY**
**DISMISSAL PURSUANT TO FED. R.**
**CIV. P. 41(a)(1)(A)(2)**

      COME NOW the Plaintiff, BARBARA RYAN, and Defendant, ARS NATIONAL

SERVICES, INC. who stipulate and agree as follows:

      The Parties having agreed to settle this matter, Plaintiff hereby voluntarily dismisses her

individual claims with prejudice, putative class claims to be dismissed without prejudice. The

Court shall retain jurisdiction to enforce the Parties' settlement agreement and/or to resolve the

issue of Plaintiff's attorneys' fees and costs should the Parties be unable to resolve that issue

through mediation or otherwise.

      **IT IS SO STIPULATED** this 29 day of September, 2012.

| | |
|---|---|
| s/ William F. Horn | s/ Cindy D. Salvo |
| William F. Horn, Esq. | Cindy D. Salvo, Esq. |
| LAW OFFICE OF WILLIAM F. HORN | THE SALVO LAW FIRM |
| 188-01B 71st Crescent | 165 Passaic Avenue, Suite 310 |
| Fresh Meadows, NY 11365 | Fairfield, NJ 07004 |
| Telephone: (718) 785-0543 | Telephone: (973) 233-4080 |
| Facsimile: (866) 596-9003 | Email: csalvo@salvolawfirm.com |
| E-Mail: bill@wfhlegal.com | |
| | |
| *One of the Attorneys for Plaintiff, Barbara* | *Attorney for Defendant, ARS National* |
| *Ryan* | *Services, Inc.* |

**IT IS SO ORDERED**:

Dated: October 4, 2012

_____
HON. ROBERT P. PATTERSON
Senior Judge, United States District Court